# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-2236

_____

Gui Sheng Li

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: December 5, 2012
Filed: December 10, 2012
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Gui Sheng Li, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). After careful review, we find no basis for reversal. In particular, we conclude that the BIA's adverse credibility finding was supported by substantial

evidence on the administrative record as a whole.  See Ali v. Holder, 686 F.3d 534, 538-39 (8th Cir. 2012) (where BIA essentially adopts immigration judge's decision but adds its own reasoning, this court reviews both decisions together and will affirm if substantial evidence on record as whole supports agency decision); Fofanah v. Gonzales, 447 F.3d 1037, 1040 (8th Cir. 2006) (noting that adverse credibility finding was fatal to asylum, withholding-of-removal, and CAT claims because they were all "based upon the same discredited testimony").  Accordingly, we deny the petition for review.  See 8th Cir. R. 47B.

_____